IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARRYL STEWART,

    Plaintiff,

v.

CV 11-0298 MCA/WPL
consolidated with
CV 11-0496 MCA/WPL

METROPOLITAN DETENTION CENTER et al.,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed January 15, 2013. (Doc. 119.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD (Doc. 119) is adopted as an order of the Court;

2) Plaintiff's claims against Defendants Correctional Medical Services, Inc., William Shannon, Peni Rene, and Sandra Naranjo are DISMISSED with prejudice;

3) Plaintiff's claims against Defendants Compass Group USA, doing business as Canteen Correctional Services, and Walter Bell are DISMISSED without prejudice; and

4) Plaintiff's claims against Defendants Ron Torres, Larry Grant, and Steven Lucero are DISMISSED without prejudice.

_____
**M. CHRISTINA ARMIJO**
**CHIEF UNITED STATES DISTRICT JUDGE**